## CARL J. HERZOG FOUNDATION, INC. *v.* UNIVERSITY OF BRIDGEPORT

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 790 (AC 14623), is granted, limited to the following issue:

"Does the Connecticut Uniform Management of Institutional Funds Act; General Statutes §§ 45a-526 through 45a-534; establish statutory standing for a donor to sue to enforce the terms of a charitable gift?"

The Supreme Court docket number is SC 15526.

*Frederick S. Gold* and *Ellen A. Jawitz*, in support of the petition.

*John F. Lambert*, in opposition.

Decided September 18, 1996